THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS DACHIS, Appellant.

Argued January 11, 1937; decided January 26, 1937.

*Mordecai Konowitz* and *Harry G. Anderson* for appellant.

*Charles P. Sullivan,* District Attorney *(John H. W. Krogmann* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.